And, Madam Clerk, would you call the next case, please? Case number 16-13, which is on A.K. v. Illinois Department of Children & Family Services. Thank you. Lawyers, identify yourselves for the record, please. My name is Joseph J. Cheevee. I'm a doctor with the Penn State Council. Spell your last name, counsel. C-H-I-E-S-E-N-D-O-Y-E. Thank you. Melissa Stoss, S-T-A-N-S, from the Family Defense Center. I'm a counsel for all community modelers. Thank you. Ann Boyle, S-A-B-E-S-S-I-G-E. Very well. And, Madam? Hi, yes. My name is Ann Boyle. I'm the Assistant Attorney General on behalf of the Department and the other family properties. And you chose not to respond and will not be arguing today. And spell your name for me again. W-I-C-H-E-R-N. Thank you. All right. The rules say when there's only one person or one side arguing that you don't have 20 minutes, you have 15 minutes. We might go longer. Who knows what's going to happen. But anyway, that's what the rules say. So as long as we're clear, two arguing or one, or how are we going to do this? Fine. And are you ready to proceed, counsel, if you would? Thank you, Mr. Court. My name is Russ Chibi, and I'm here today on behalf of the appellants, A-K and L-K. Under the statutory language of the Abuse and Neglected Child Reporter Act, or ANCRA, if a party is investigated by the DCFS for child abuse, the investigation remains confidential. If they're indicated for child abuse, that indication remains confidential. If they request a hearing on that finding, the hearing remains confidential, and the subsequent result of that hearing is also confidential. And finally, if their indication is upheld and they're placed in the state central register, even that state central register remains confidential. With certain exceptions. With, as I was about to say. Other than, you know, certain enumerated parties, such as law enforcement, possible employees or employers involving children, things like that. Now, my clients, A-K and L-K, are two parents who were investigated by the appellee DCFS. And in their situation, they went to the emergency room because their then six-week-old son had some swelling of the leg. And that ended up turning into an investigation, again, done confidentially. And the results of that investigation led to them being indicated for child abuse simply because they couldn't find a non-abusive explanation for that injury. Now. What's with the burping and fracturing the legs of the child? What is the connection with those? Well, that's something that my clients would like to raise in their complaint for administrative review, which is the reason we're here today. Because currently, related to this, they filed their complaint for administrative review. And because all of this has been confidential up to this point, and even the indicated finding in the website are confidential, they filed their complaint with pseudonyms and then self-properly filed a motion to proceed under pseudonym. Why would your clients be entitled to any greater protection than a doctor accused of a licensing violation or, you know? I mean, I understand the difference between people in the court system because just by going into court, you're... But all sorts of people are charged with things administratively. And if they want to appeal an administrative finding, there is no per se rule of confidentiality. And obviously, it's going to be very detrimental to them professionally to appeal. Why are your clients entitled to greater protection? Well, personally, I think my answer to that doesn't matter because the Illinois legislature decided that when they passed... Well, what in Anchor says it's anything about protection of the parents or the alleged perpetrators as opposed to the children? It's about protecting the confidentiality... What in the statute would you point to to say it's about protecting the confidentiality of the legislature? I would point to the state central register itself. If it was just about the children, there would be no reason to keep the state central register confidential. Why have you... If you look into the indicated report, it's going to tell you who the victim is as well as who the alleged perpetrator is. Right, but still, I think the mere fact that they maintain the confidentiality throughout the entire process is in and of itself evidence that they don't want... That the parents themselves should not be identified. Where is that evidence? I'd say point to the statute. Where in the statute says we're about protecting the parents as opposed to protecting the victim? I mean, I think if you look at section 11, it says all records shall be confidential and shall not be disclosed. It doesn't say only records identifying the child. But the record is going to identify the child. It's going to identify the perpetrator and the victim by definition. I mean, you could offer redactions. There are other ways that they could get around it if the only concern was the child. And I think that what we see throughout the process is that if they wanted to distinguish between the rights of the child and the rights of the parent, they could have, but they chose not to. And I think that there's also a second significant reason here that we need to look at, which is the fact that you have a constitutional liberty interest in pursuing career opportunities. And unlike... You mentioned before the whole issue of doctors and lawyers and things like that. I think a big difference here is that you specifically have the government initially creating an action, and it's not like a private case where a doctor is being sued for malpractice or a lawyer is being sued for malpractice. When you have the government involved to begin with... That's what I'm talking about administratively. Administratively, the agencies go after doctors and lawyers and insurance brokers. All sorts of people have to answer to administrative agents. True. But in those situations, I'm not aware of a situation where actually following up with a complaint administrative review leaves you with a result that's actually worse than what the administrative remedy is. And that's what you're saying is administrative records are not seen for those people. Right. Yeah, because, I mean, essentially, really the essence of why we're here today is because if my clients are forced to go through with a complaint administrative review and reveal their identities, they're defeating the very purpose for even pursuing this complaint administrative review. Not necessarily. Right? If they get vindicated on administrative review, then, yes, the charge is out there, but so is their vindication. Correct. But now just the fact that their name is out there in public, and if they're applying for a job and they do a Google search, now their name pops up. And that can have a chilling effect. And that is precisely why my clients wanted to go through with this rule of three-way appeals was because they were concerned about that. And I don't think that there's another situation in administrative actions where pursuing a complaint ends up ugly worse than if you just drop it and remain on the register. Although it's unique because we're dealing with children here, are we not, counsel? Correct. And I think it is unique, and I think that's, again, a part of why the legislature, but I think that's a big part of why the entire process is to remain confidential. But on balance, we're protecting the privacy of the child, right, versus the perpetrator who's been found, you know, to be able to be listed on this register or whatever. And that balance goes on the side of the child. Is it not for protection? It just so happens, sadly, this happens to be parents. I mean, I think that with respect to the second certified question, I think that that focuses on the rights of the children. But, again, I think with respect to the first question, we're also dealing with the issue of this constitutionally protected liberty interest in future employment. So I think that that does merit also considering the parents' rights on their own. And you're asking for a per se rule, essentially, no discretion of the child court judge, that in any case where there's an indicated report in the parents' appeal, Is your question limited to parents? I don't even know that. The first question I don't believe is. No. So any person who's indicated has an absolute right to proceed on their appeal anonymously. I mean, the child court would be advised that they have good cause to do so. Absolutely. Yes. Okay. And I think. . . Cops have to ask you about the whole 308 here. Use certified questions. Yes. Now, the second component of that is, first of all, it's got to be a question of law. Correct. And secondly, it's got to be as to which there is substantial ground for difference of opinion. Right. Now, the cases that you cite, I don't see how those show difference of opinion as to these specific issues that these questions are about. Well, we don't. . . I mean, I think, first of all, just the fact that this. . . I think this case in and of itself is evidence of a difference of opinion. And the fact that the court can. . . We have these other decisions where they've said, you know, yes, there's grounds for proceeding over pseudonyms. And we have this case where they didn't. The facts are totally different in the cases that you cite. And many of them. . . Well, in your memo to the circuit court, you cite cases that are from the circuit court as well. But in ours, I don't think you did any. . . Well, I think we. . . I thought we still set it to. . . It's certainly in the record on appeal. So I think by the time we drafted a brief with respect to this appeal, we were focused on the substantive issues since the appeal had already been granted. Okay. But what I'm saying is the specific issues that you talk about here, whether or not, you know, carte blanche, anyone who, you know, makes this application, the court has to find good cause exists if they've been determined to be, you know, according to the law. That issue was not litigated in any of the cases that you cite. Well, I think if you're talking about the appellate level, you're correct that this is. . . I believe this is the first time that this court has been asked to consider this. Right. So tell me what cases are there substantial grounds for difference as to this issue? Well, I think. . . I think in terms of the substantive difference, we were looking at the trial court level and the rulings that are being handed down. I think at this level, what we're seeing is that the fact that it hasn't been considered before, I think merits providing guidance to the trial court for how to respond to this. Well, is that what a 308 is all about? It really isn't, is it? I mean, my understanding of Rule 308 is that it's to handle these situations where you have conflicting rulings at the trial court level. The rulings at the trial court level were all based on their discretion, right? There's no trial court finding that as a matter of law, anybody who appeals an indicated report as entitled has shown good cause. Some judges in their discretion said, I find good cause here, and other judges in their discretion said, I don't find good cause here. Correct, but I think it implicates both this constitutionally protected liberty interest as well as the fact that, as I said earlier, you have this chilling effect to begin with of it may not have been raised with her because these clients aren't even getting to the position of having that ultimate decision because of the fact that they're concerned about their name being in the public record. Do you have in your argument the fact that the last name of these persons is so unusual that that makes a difference? We did. I think we specifically worded the questioning of question number two so that that is assumed in the question such that, specifically because this is for questions of law, not questions of fact. Continue with your argument, counsel. So I think, really, I think what I want to stress here is ultimately the fact that the position that my client has been put in is one where they are effectively being, they are effectively being prevented from filing an appeal of this decision precisely because the ultimate impact is worse than what they're appealing, and I think that that is particularly... We don't know anything about the impact. It may or may not happen to these folks, do we? What I mean by the impact is simply the fact that they want to file, they want to file the complaint administrative review to prevent their name from being on the public record, and doing so will put their name in the public record. So that's what I mean by the impact being worse. And ultimately, I think if the Illinois legislature is going to write in a, is going to create this administrative remedy, I think that doing anything other than finding, affirming these two sort of questions creates a scheme that essentially defeats the entire purpose of ANCRA in allowing them to pursue that administrative remedy. I think it's particularly important to keep... You're just talking about when they pursue the review in court of their administrative remedy. Correct, correct. And I think it's important to keep in mind that, you know, for example, 74% of cases end up being in administrative review, or indicated findings end up being in administrative review, which was mentioned in the DePue case that we cite in our brief. And so, I mean, it's not, you know, we're talking about initially a lower standard in the administrative point, or the administrative stage, which is all the more reason why it's important that my client and that future clients have access to the trial court in administrative review. And that's ultimately what we're most concerned about, is that we're effectively denying that, or maybe not completely denying, but certainly creating a chilling effect on their ability to seek access to trial courts to protect their own constitutionally protected interests. So ultimately, I think that the last kind of distinction I'd like to make here is that with respect to Certified Question No. 2, you know, that's a question that specifically focuses on the child's rights. And I think that given the fact that we are, that we're assuming a situation where disclosing the parent's name to reveal the identity of the child's name, I think that it's fairly straightforward there how that is ultimately violating the privacy interests of the child. And I think it should be very clear what good cause should be found to proceed under Certified Question No. 2. Was there determination by the trial court in this case as to whether that was true in this case? I don't believe the trial court was clear on that. He simply stated that he felt that the rule was simply that the child should proceed under standards. Correct. And it looked to me that there was some back and forth in the trial court as to whether disclosure of the parent's name in this case would disclose the child's name. But was there ever a clear finding? I don't believe there was. And actually, I mean, one of the things that, where we kind of had a challenge was sort of differentiating between the parent's rights and the child's rights. And I think he was mainly focused on whether the parents had a right at all. So I think Certified Question No. 2, I think, is a little more straightforward in terms of what sort of interests we're balancing. But I want to stress the fact that I think Certified Question No. 1 is equally, if not more important, because that question focuses on the rights of the parents. And I think that that's where a lot of the confusion is coming at the trial court level, and I think particularly in our situation. And I really want to stress the fact that if you look at the case law, there is a clear federal liberty interest in having a right to pursue future employment. And one of my clients is a nanny, and she is potentially placed in a situation where her future job prospects are going to be at risk. And as I stated before, this is distinguishable from the attorneys and the doctors because she hasn't had her day. Essentially, she would be put in that situation without ever having her day in an actual trial court. And so I think it's really important that Certified Question No. 1 be answered in the affirmative so that the trial courts have that guidance and understand that there is that specific affirmative privacy right for the parents as well. And you are talking about taking away all discretion from those courts. They will have no discretion but to allow every – that's what you're asking for, at least in Question No. 1. If it is under ANCRA, if it is in the statutory scheme. If there's an opportunity to be under ANCRA, then the complainants or plaintiffs or petitioners have to be allowed to proceed. Correct. And I think it's also important to stress the fact that this is a very specific, unique situation. As we kind of discussed before, we're talking about a specific statutory scheme in which everything is designated as confidential up to this point and we have that showing impact of not being able to file a repeal. I understand. On Question No. 2, I have a question. So if we answer Question No. 2 affirmatively, it would be necessary, would it not, that the trial court in every case – assume we answer Question 1 negatively but answer Question 2 positively – then the trial court in every case would have to have a hearing as to whether disclosure of the parents' names would disclose the children's names? They would have to have a hearing on the motion, but I think even if you grant sort of like Question No. 1, they're still pursuant to Rule 2-4 on our Code of Civil Procedures, they're going to have to still file a motion to proceed on Pursuit of Names anyway. I understand. But on 2, and once they file that motion, the trial court would have to make a finding as to whether or not disclosure of the perpetrator's names would disclose the victims' names. That is correct. There's a factual determination to be made. That has to be made in every case. Yes. Yes. And wouldn't that also undermine the trial court discretion on how to handle these cases? I don't think it would. I mean, I think it is completely consistent with what Section 2-401 says, which is that ultimately they're determining – upon the determination of good cause, and what we're saying is that once they find that there are facts such that the identity would be revealed, that should be good cause. So for all the reasons I've stated and for the reasons in our brief, plaintiffs' appellant respectfully requests that this honorable court answer both certified question number one and certified question number two in the affirmative, and that it direct the trial court to allow plaintiffs to proceed on Pursuit of Names and write its determination of these two certified questions. Counsel, thank you very much for your presentation here today. We'll certainly take great consideration of the issues, and we will be hearing from us. Thank you.